**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

IN THE MATTER OF:                                                                                           CHAPTER 7

LISA S. DAVIS                                                                                                    CASE NO. 04-04832-EE

**RULE 3011 LIST**
**OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS**

**COMES NOW**, **J. Stephen Smith**, Trustee, by and through his attorney, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Last Known Address | Amount |
|---|---|---|
| Lisa S. Davis | 340 Arbor Dr., Apt. A-184<br>Ridgeland, MS 39157 | $895.42 |

That check no. 101 in the amount of $895.42 was issued on March 31, 2006 but was never negotiated.

**WHEREFORE, PREMISES CONSIDERED**, J. Stephen Smith, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED: May 8, 2007

                                                  Respectfully submitted,

                                                  J. STEPHEN SMITH
                                                  CHAPTER 7 TRUSTEE

                                                  /s/ Eileen N. Shaffer
                                                  EILEEN N. SHAFFER
                                                  Attorney for Trustee

EILEEN N. SHAFFER
MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006

**CERTIFICATE OF SERVICE**

      I, Eileen N. Shaffer, Attorney for the Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

    Ms. Lisa S. Davis
    340 Arbor Dr., Apt. A-184
    Ridgeland, MS 39157

    United States Trustee
    100 West Capitol Street
    Suite 706
    Jackson, MS  39269-1602

**SO CERTIFIED** this the  8th  day of  May , 2007.


                                        /s/ Eileen N. Shaffer
                                        EILEEN N. SHAFFER